# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-1208** **September Term, 2026**

**EPA-91FR33484**

**Filed On: October 23, 2026** [2200061]

Cement Kiln Recycling Coalition,

Petitioner

v.

Environmental Protection Agency,

Respondent

------------------------------

Consolidated with 26-1209, 26-1212,
26-1213, 26-1214

**O R D E R**

Upon consideration of EPA's second unopposed motion for extension of time to file procedural motions and certified index, it is

**ORDERED** that the motion for extension of time be granted. The following deadlines are now established:

| | |
|---|---|
| Procedural Motions, if any | December 18, 2026 |
| Certified Index to the Record | January 8, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk